IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02895-MSK-BNB

MARINA RODRIGUEZ,

Plaintiff,

v.

MARAUDER CORPORATION, a/k/a Collection Professional Services,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Relief from Deadline** [docket no. 10, filed February 8, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Scheduling Conference set for February 20, 2013, and all related deadlines, are **VACATED**.


DATED: February 11, 2013